NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GRIER MATTHEWS,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D17-3048
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____      )

Opinion filed June 26, 2019.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Grier Matthews, Pro se.

Ashley Moody, Attorney General,
Tallahassee, and C. Suzanne Bechard,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

            Affirmed.

NORTHCUTT, KELLY, and KHOUZAM, JJ., Concur.